IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06-CV-474-W

| | | |
|---|---|---|
| JENNIFER WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY and DARYL BENNETT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER comes before the Court upon receipt of a report of mediation, advising the Court that the parties have settled all matters in controversy (Doc. No. 14). Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before <u>July 20, 2007</u>.

IT IS SO ORDERED.

Signed: June 20, 2007

Frank D. Whitney
United States District Judge